ARSENIO MARTÍNEZ, demandante y apelante, *v.* INDEPENDENCE INDEMNITY Co., demandada y apelada.

No. 4033.—*Visto*: Marzo 30, 1927. *Resuelto*: Mayo 31, 1927.

1. APELACIÓN Y ERROR—RESOLUCIÓN Y DISPOSICIÓN DE LA CAUSA—CONFIRMACIÓN —EFECTO—CONFIRMACIÓN DE RESOLUCIÓN DEJANDO SIN EFECTO SENTENCIA APELADA.—Confirmada en apelación resolución que dejó sin efecto una sentencia que fué apelada, no hay necesidad de considerar los méritos de la apelación contra la sentencia.

2. APELACIÓN Y ERROR—RESOLUCIÓN Y DISPOSICIÓN DEL CASO—RENDICIÓN, FORMA Y REGISTRO DE SENTENCIA—SENTENCIA DEJADA SIN EFECTO.—Confirmada en apelación resolución que dejó sin efecto una sentencia apelada, procede en el recurso contra dicha sentencia dictar una dejando la sentencia apelada sin efecto.

SENTENCIA de *Charles E. Foote*, J. (Mayagüez), declarando sin lugar demanda de daños y perjuicios, con costas. *Sentencia dejada sin efecto.*

*José Sabater*, abogado del apelante; *J. H. Brown* y *Clemente Ruiz Nazario*, abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Esta apelación ha sido interpuesta por el demandante contra la sentencia que declaró sin lugar su demanda como consecuencia de una moción de *non suit* presentada en el juicio por el demandado, fundada en que la prueba del demandante no era suficiente para justificar sus alegaciones y una sentencia condenatoria.

[1, 2] En el día de hoy hemos resuelto la apelación No. 4140 del demandado en el mismo pleito y hemos confirmado la resolución de la corte inferior que dejó sin efecto esa sentencia y dispuso la celebración de un nuevo juicio, por lo que no tenemos necesidad de considerar los méritos de esta apelación contra la sentencia pues cae por su base, como se dijo en el caso de *Horton* v. *Robert,* 11 D.P.R. 196, por lo que habrá de quedar sin efecto, como resolvió la corte inferior en la resolución a que nos referimos, y *en esos términos dictaremos nuestra sentencia.*